① what is the typical turnaround time to file a report on an incident? why a 5 day delay? Do all incidents require an action plan?

② How many similar incidents does it take until action is taken to protect the inmate?

⑥ what role does the Deputy Superintendent have in moving a patient at risk or who has had incidents against him? Can she not ask to move the inmate?

⑨ If the inmate received books on tape, how were they changed over? She stated they made arrangements to get the tapes but were they delivered and used? And if used, how long? Who assisted and how often?

10) Why wasn't 1 on 1 done from the beginning? How many incidents did it take for 1 on 1 to start? How long was this done?

① If an inmate is disabled and unable to enroll in barbershop or cooking classes, what other opportunites are there?

② What are the standards/requirements for protecting the inmates? Why is there so much free access into room?

③ Where is security stationed in the infirmary? How quickly can they get to an inmate having an issue? (i.e. urine being thrown, punch, licking)

④ How did the patient get access to a cup to throw the urine? What else could they access to harm/injure an inmate?

⑤ How many inmates ~~thee~~ have ADA disabilites? What are the standard operating procedures for dealing with physically challenged inmates? What is the training they receive? How are they trained to care for these people →

8) have others with physical disabilities also denied to go outside?

9) Are there inmates who may pose a specific threat, are they allowed outside without other inmates being present? IF the answer is yes, why were not the same accomodations allowed for Mr. Reaves?

10) ~~was the medical advice~~

10) Since the medical opinion changed, why was there not a discussion to allow him outside?

11) ~~clearly there must be other inmates who test above a specific~~ education ~~level. what is done for those inmates and were the same accomodations allowed for Tim?~~

12) Are there voice activated computers at other Facilities?

13) how many inmates were declined for computer classes? what were those reasons? were they also deemed a "burden to the Facility?"

1) If they had accessible showers, why not allowed? ~~So~~ then the statement of accessible showers is not really accessible ~~is it?~~

2) who was assigned to take the inmate to education area, chapel, etc? How often allowed to go to these areas?

3) how are people with disabilities escorted to these areas if they are unable to walk on their own?

4) How does ~~~~ the movement schedule accomodate people with disabilities?

5) How often did the CPOs meet with Tim? where are these documented? Was the program recommedation plan ~~dated~~ 4/29/14 the only plan?

6) ~~Did he (Tim) fee receive the programs on 8/25/16 (recommed date)~~

7) If the computer class was ~~recommeted~~ recommended And ~~accepted~~ by Tim, why was it not provided? ~~what~~ were the reasons it ~~was declined?~~

IN YOUR OPINION DOES THE DOC IN TERM OF FACILITIES, PERSONEL AND BUDGET HAVE THE ABILITY TO CARE FOR SOMEONE IN THE CONDITIONS OF MR. REAVES?

10-1-18

Can you confirm if ~~it was~~ the same person who attempted to kiss him (1-12-14) was the same who licked the feet (2/14 & 2/18)

Margaret Stone

ML 12:30pm
10/1/18

We the jury Are unAble to ~~finish~~ complete the jury verdict FoRm today. MAy we please be released until tomorrow morning when we can conclude our discussions

thank-you

Margaret Stone
10/1/2018

3:55pm
10/1/18

10/2/2018

We the jury Are ready to Return to the courtroom

*Margaret Stone*

*[signature]*
10/2/18
11:15AM