UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Timothy M. Reaves,
                Plaintiff,

    v.                                      CIVIL ACTION NO. 15-40100-TSH

Department of Corrections, et al.,
                Defendants,

## JUDGMENT IN A CIVIL CASE

Hillman, D.J.

x      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x      **Decision by the Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED: in accordance with the Jury Verdict dated 10/2/18 and the Court's Amended Memorandum and Order dated 7/31/19, that judgment be entered in favor of the Plaintiff on the equitable claims and in favor of the defendants on the damages claims.**

Robert Farrell, Clerk of Court

Dated:  8/1/19                                      /S/ Martin Castles
                                                            ( By )  Deputy Clerk