UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 15-40100 |
| DEPARTMENT OF CORRECTION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), the undersigned attorney hereby withdraws as counsel for the Plaintiff, Timothy Reaves. Lauren Petit, Rebecca Schapiro and Prisoners' Legal Services remain counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Peter Berkowitz*
Peter Berkowitz, BBO #600879
pberkowitz@plsma.org
Lauren Petit, BBO #640410
lpetit@plsma.org
Prisoners' Legal Services of Massachusetts
50 Federal Street, 4th Flr.
Boston, MA 02110
(617) 482-2773

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Peter Berkowitz*

---

[1] Carol Mici, Stephanie Sullivan, and Sheila Kelly.

1